An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 62546

FILED

MAR 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner asks this court to set aside or vacate his judgment of conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. See NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Douglas

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07082

cc:  Steven Samuel Braunstein
     Attorney General/Carson City
     Clark County District Attorney